No. 93–289. DALTON, SECRETARY OF THE NAVY, ET AL. *v.* SPECTER ET AL. C. A. 3d Cir. [Certiorari granted, *ante,* p. 930.] Motion of respondents for divided argument denied.

No. 93–405. DIGITAL EQUIPMENT CORP. *v.* DESKTOP DIRECT, INC. C. A. 10th Cir. [Certiorari granted, *ante,* p. 942.] Motion of petitioner for leave to file one volume of the joint appendix under seal granted.

No. 93–5131. TUILAEPA *v.* CALIFORNIA. Sup. Ct. Cal. [Certiorari granted, *ante,* p. 1010.] Motion for appointment of counsel granted, and it is ordered that Howard Gillingham, Esq., of North Hollywood, Cal., be appointed to serve as counsel for petitioner in this case.

No. 93–5161. PROCTOR *v.* CALIFORNIA. Sup. Ct. Cal. [Certiorari granted, *ante,* p. 1010.] Motion for appointment of counsel granted, and it is ordered that Wendy C. Lascher, Esq., of Ventura, Cal., be appointed to serve as counsel for petitioner in this case.

No. 93–5209. CUSTIS *v.* UNITED STATES. C. A. 4th Cir. [Certiorari granted, *ante,* p. 913.] Motion of Criminal Justice Legal Foundation for leave to file a brief as *amicus curiae* granted.

No. 93–6499. JOHL *v.* PETERS, CHIEF JUSTICE, SUPREME COURT OF CONNECTICUT, ET AL. C. A. 2d Cir.; and

No. 93–6919. IN RE ANDERSON. Motions of petitioners for leave to proceed *in forma pauperis* denied. See this Court's Rule 39.8. Petitioners are allowed until January 31, 1994, within which to pay the docketing fee required by Rule 38(a) and to submit petitions in compliance with Rule 33 of the Rules of this Court.

No. 93–6537. LAWRENCE *v.* UNITED STATES ET AL. C. A. 7th Cir.;

No. 93–6619. EISENSTEIN *v.* HABER ET AL. C. A. 2d Cir.; and

No. 93–6823. PRYOR *v.* UNITED STATES. C. A. 10th Cir. Motions of petitioners for leave to proceed *in forma pauperis* denied. Petitioners are allowed until January 31, 1994, within which to pay the docketing fee required by Rule 38(a) and to submit petitions in compliance with Rule 33 of the Rules of this Court.